IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| STATE OF VERMONT,<br><br>Plaintiff,<br><br>v.<br><br>3M COMPANY; EIDP, INC.; THE CHEMOURS COMPANY; THE CHEMOURS COMPANY FC, LLC; CORTEVA, INC.; and DUPONT DE NEMOURS, INC.,<br><br>Defendants. | Case No. _____<br><br>**NOTICE OF REMOVAL**<br><br>JURY TRIAL DEMANDED |

## EXHIBIT LIST

| EXHIBIT | DESCRIPTION |
|---|---|
| 1 | Second Amended Complaint |
| 2 | State's Eighth Supplemental Responses 3M Interrogatories |
| 3 | Investigation Request Letter – ISOVOLTA |
| 4 | State Responses and Objections to 3M's Request for Admissions |
| 5 | State Responses and Objections to 3M's Second Set of Interrogatories |
| 6 | MIL-P-13949E (15 July 1971) |

{B2782479.1 16405-0001}