UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT


| | | |
|---|---|---|
| STATE OF VERMONT | ) | Circuit No. 24-1250 |
| | ) | |
| Plaintiff-Appellant, | ) | District No. 2:24-cv-19 |
| | ) | |
| v. | ) | |
| | ) | |
| 3M COMPANY; E. I. DU PONT DE NEMOURS | ) | |
| AND COMPANY; THE CHEMOURS | ) | |
| COMPANY FC, LLC; CORTEVA, INC.; | ) | |
| and DUPONT DE NEMOURS, INC. | ) | |
| Defendants-Appellees. | ) | |

## **INDEX**


A.        Docket Sheet


B.        Clerk's Certification.

CLOSED,ENE4

# U.S. District Court
## District of Vermont (Burlington)
## CIVIL DOCKET FOR CASE #: 2:24–cv–00019–wks

State of Vermont v. 3M Company et al
Assigned to: Judge William K. Sessions III
Case in other court:  Vermont Superior Court, Civil Div,
                    Chittenden Unit, 547–6–19 Cncv
Cause: 28:1441 Notice of Removal–Tort/Non–Motor Vehicle

Date Filed: 01/03/2024
Date Terminated: 04/12/2024
Jury Demand: None
Nature of Suit: 245 Tort Product Liability
Jurisdiction: Federal Question

**Plaintiff**

| | | |
|---|---|---|
| **State of Vermont** | represented by | **Benjamin A. Krass , Esq.** |

Seeger Weiss LLP
1280 Centre Street, Suite 230
Newton Centre, MA 02459
617–641–9550
Email: bkrass@seegerweiss.com
*ATTORNEY TO BE NOTICED*

**Kyle J. McGee , Esq.**
Grant & Eisenhofer P.A.
123 Justison Street, 7th Floor
Wilmington, DE 19801
302–622–7000
Email: kmcgee@gelaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Laura B. Murphy , Esq.**
Office of the Vermont Attorney General
109 State Street
Montpelier, VT 05609
(802) 828–1059
Email: laura.murphy@vermont.gov
*ATTORNEY TO BE NOTICED*

**MacKennan K. Graziano , Esq.**
Seeger Weiss LLP
1280 Centre Street, Suite 230
Newton Centre, MA 02459
617–207–8430
Fax: 973–679–8656
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew F. Pawa , Esq.**
Seeger Weiss LLP
1280 Centre Street, Suite 230
Newton Centre, MA 02459
(617) 641–9550
Fax: (617) 641–9551
Email: mpawa@seegerweiss.com
*ATTORNEY TO BE NOTICED*

**Viola Vetter , Esq.**
Grant & Eisenhofer P.A.
123 Justison Street, 7th Floor
Wilmington, DE 19801
302–622–7000
Email: vvetter@gelaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**3M Company**                                  represented by   **Kendall A. Hoechst , Esq.**
                                                                 Dinse P.C.
                                                                 209 Battery Street
                                                                 P.O. Box 988
                                                                 Burlington, VT 05402–0988
                                                                 (802) 859–7042
                                                                 Fax: (802) 859–8742
                                                                 Email: khoechst@dinse.com
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Ritchie E. Berger , Esq.**
                                                                 Dinse P.C.
                                                                 209 Battery Street
                                                                 P.O. Box 988
                                                                 Burlington, VT 05402–0988
                                                                 (802) 864–5751
                                                                 Fax: (802) 862–6409
                                                                 Email: rberger@dinse.com
                                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

**E. I. du Pont de Nemours and**                represented by   **Gregory A. Weimer , Esq.**
**Company**                                                      Kirkpatrick & Goldsborough, PLLC
                                                                 1233 Shelburne Road, Suite E–1
                                                                 South Burlington, VT 05403
                                                                 802–651–0960
                                                                 Fax: 802–651–0964
                                                                 Email: gweimer@vtlawfirm.com
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Timothy C. Doherty, Jr. , Esq.**
                                                                 Downs Rachlin Martin PLLC
                                                                 199 Main Street
                                                                 P.O. Box 190
                                                                 Burlington, VT 05402–0190
                                                                 (802) 863–2375
                                                                 Email: tdoherty@drm.com
                                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

**The Chemours Company**                        represented by   **Gregory A. Weimer , Esq.**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

**The Chemours Company FC, LLC**                represented by   **Gregory A. Weimer , Esq.**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

**Corteva, Inc.**                               represented by   **Timothy C. Doherty, Jr. , Esq.**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

**DuPont de Nemours, Inc.**                     represented by   **Timothy C. Doherty, Jr. , Esq.**
                                                                 (See above for address)

*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/03/2024 | 1 | NOTICE OF REMOVAL by 3M Company from Vermont Superior Court, Civil Division, Chittenden Unit, case number 547–6–19 Cncv. (Attachments: # 1 Index of Exhibits, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Civil Cover Sheet)(law) (Entered: 01/03/2024) |
| 01/03/2024 | 2 | CORPORATE DISCLOSURE STATEMENT pursuant to Local Rule 7.1(a) by 3M Company. (Attachments: # 1 Certificate of Service (unsigned))(law) (Entered: 01/03/2024) |
| 01/03/2024 | 3 | LETTER to Vermont Superior Court, Chittenden Unit, Civil Division requesting case file and certified docket sheet. (law) (Entered: 01/03/2024) |
| 01/10/2024 | 4 | NOTICE OF APPEARANCE by Benjamin Krass on behalf of State of Vermont.(Krass, Benjamin) (Entered: 01/10/2024) |
| 01/10/2024 | 5 | NOTICE OF APPEARANCE by Matthew F. Pawa, Esq on behalf of State of Vermont.(Pawa, Matthew) (Entered: 01/10/2024) |
| 01/25/2024 | 6 | NOTICE OF APPEARANCE by Gregory A. Weimer, Esq on behalf of E. I. du Pont de Nemours and Company, The Chemours Company, The Chemours Company FC, LLC.(Weimer, Gregory) (Entered: 01/25/2024) |
| 01/25/2024 | 7 | CORPORATE DISCLOSURE STATEMENT pursuant to Local Rule 7.1(a) by E. I. du Pont de Nemours and Company (Weimer, Gregory) (Entered: 01/25/2024) |
| 01/25/2024 | 8 | CORPORATE DISCLOSURE STATEMENT pursuant to Local Rule 7.1(a) by The Chemours Company (Weimer, Gregory) (Entered: 01/25/2024) |
| 01/25/2024 | 9 | CORPORATE DISCLOSURE STATEMENT pursuant to Local Rule 7.1(a) by The Chemours Company FC, LLC (Weimer, Gregory) (Entered: 01/25/2024) |
| 01/26/2024 | 10 | MOTION to Remand to State Court filed by State of Vermont (Attachments: # 1 Index of Exhibits, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17, # 19 Exhibit 18, # 20 Exhibit 19, # 21 Exhibit 20, # 22 Exhibit 21, # 23 Exhibit 22, # 24 Exhibit 23, # 25 Exhibit 24, # 26 Exhibit 25, # 27 Exhibit 26, # 28 Exhibit 27, # 29 Exhibit 28, # 30 Exhibit 29, # 31 Exhibit 30, # 32 Exhibit 31, # 33 Exhibit 32)(Murphy, Laura) (Entered: 01/26/2024) |
| 01/29/2024 | 11 | Entry removed from the docket. (Entered: 01/29/2024) |
| 01/30/2024 | 12 | NOTICE OF DOCKET ENTRY REMOVAL: Document 11 has been removed from the docket as filed in error. (law) (Entered: 01/30/2024) |
| 02/05/2024 | 13 | ASSENTED–TO MOTION for Extension of Time to File Response/Reply as to 10 MOTION to Remand to State Court *and* ASSENTED–TO MOTION for Leave to Exceed Page Limit *as to Opposition* re: 10 MOTION to Remand to State Court filed by 3M Company(Berger, Ritchie) Links added, event/text clarified and Added MOTION for Leave to Exceed Page Limit on 2/5/2024 (law). (Entered: 02/05/2024) |
| 02/06/2024 | 14 | ORDER granting 13 ASSENTED–TO MOTION for Extension of Time to File Response/Reply as to 10 MOTION to Remand to State Court and ASSENTED–TO MOTION for Leave to Exceed Page Limit as to Opposition re: 10 MOTION to Remand to State Court. Signed by Judge William K. Sessions III on 2/6/2024. (This is a text–only Order.) (eae) (Entered: 02/06/2024) |
| 02/20/2024 | 15 | RESPONSE in Opposition re 10 MOTION to Remand to State Court filed by 3M Company. (Attachments: # 1 Exhibit 1)(Berger, Ritchie) (Entered: 02/20/2024) |
| 03/04/2024 | 16 | NOTICE OF APPEARANCE by Kendall A. Hoechst, Esq on behalf of 3M Company.(Hoechst, Kendall) (Entered: 03/04/2024) |

| 03/04/2024 | 17 | MOTION to Suspend the State's Expert Disclosure Deadline filed by State of Vermont (Attachments: # 1 Exhibit 1)(Murphy, Laura) (Entered: 03/04/2024) |
|---|---|---|
| 03/06/2024 | 18 | REPLY to Response to 10 MOTION to Remand to State Court filed by State of Vermont. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Murphy, Laura) Text clarified on 3/6/2024 (law). (Entered: 03/06/2024) |
| 03/11/2024 | 19 | STIPULATED DISCOVERY LETTER SENT re: no stipulated discovery schedule filed; case will be set for a scheduling conference unless stipulated schedule is filed. (law) (Entered: 03/11/2024) |
| 03/14/2024 | 20 | RECEIVED FILE and certified copy of docket sheet from State Court (pre and post−Odyssey). (Attachments: # 1 Post−Odyssey) *(case file too voluminous and is available on thumb drive with Clerk's Office)* (law) (Entered: 03/14/2024) |
| 03/18/2024 | 21 | RESPONSE to 17 MOTION to Suspend the State's Expert Disclosure Deadline filed by 3M Company. (Attachments: # 1 Exhibit A)(Berger, Ritchie) (Entered: 03/18/2024) |
| 04/01/2024 | 22 | REPLY to Response to 17 MOTION to Suspend the State's Expert Disclosure Deadline filed by State of Vermont. (Murphy, Laura) (Entered: 04/01/2024) |
| 04/11/2024 | 23 | NOTICE OF APPEARANCE by Timothy C. Doherty, Jr., Esq on behalf of Corteva, Inc., DuPont de Nemours, Inc., E. I. du Pont de Nemours and Company.(Doherty, Jr., Timothy) (Entered: 04/11/2024) |
| 04/11/2024 | 24 | JOINT MOTION for Entry of [Proposed] Stipulated Order Related to Discovery of Deloitte Transactions and Business Analytics LLP. (Attachments: # 1 Exhibit A)(Murphy, Laura) Event/text clarified on 4/11/2024 (law). (Entered: 04/11/2024) |
| 04/11/2024 | 25 | MOTION for Appearance Pro Hac Vice of MacKennan Graziano (Filing fee $ 150 receipt number AVTDC−1906420) filed by State of Vermont (Attachments: # 1 Exhibit A)(Murphy, Laura) Attachment name clarified on 4/11/2024 (jh). (Entered: 04/11/2024) |
| 04/11/2024 | 26 | MOTION for Appearance Pro Hac Vice of Kyle McGee (Filing fee $ 150 receipt number AVTDC−1906432) filed by State of Vermont (Attachments: # 1 Exhibit A)(Murphy, Laura) Attachment name clarified on 4/11/2024 (jh). (Entered: 04/11/2024) |
| 04/11/2024 | 27 | MOTION for Appearance Pro Hac Vice of Viola Vetter (Filing fee $ 150 receipt number AVTDC−1906441) filed by State of Vermont (Attachments: # 1 Exhibit A)(Murphy, Laura) Attachment name clarified on 4/11/2024 (jh). (Entered: 04/11/2024) |
| 04/12/2024 | 28 | OPINION AND ORDER granting 10 Motion to Remand to State Court. Signed by Judge William K. Sessions III on 4/12/2024. (law) (Entered: 04/12/2024) |
| 04/12/2024 | 29 | CASE file transmitted to Vermont Superior Court, Chittenden Unit, Civil Division. (law) (Entered: 04/12/2024) |
| 04/30/2024 | 30 | NOTICE OF APPEAL as to 28 Opinion and Order on 10 Motion to Remand to State Court by 3M Company. (Berger, Ritchie) Text clarified, link added on 4/30/2024 (law). (Entered: 04/30/2024) |
| 05/07/2024 | | USCA Appeal Fee received, $605 receipt 3246, re: 30 Notice of Appeal filed by 3M Company (kac) (Entered: 05/07/2024) |

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

STATE OF VERMONT                              )      Circuit No. 24-1250
                                              )
              Plaintiff-Appellant,            )      District No. 2:24-cv-19
                                              )
v.                                            )
                                              )
3M COMPANY; E. I. DU PONT DE NEMOURS )
AND COMPANY; THE CHEMOURS                     )
COMPANY FC, LLC; CORTEVA, INC.;               )
and DUPONT DE NEMOURS, INC.                   )
              Defendants-Appellees.           )


       I, Jeffrey S. Eaton, Clerk of the United States District Court for the District of Vermont,

hereby certify that the foregoing copy of the relevant docket entries comprises the index of the

original document numbers 1-30, constitutes the Record on Appeal.


       In Testimony whereof, I have hereunto subscribed my name and affixed the Seal of the

aforesaid Court at Burlington, Vermont, this 13th day of May, 2024.

.



                                   JEFFREY S. EATON
                                   Clerk of Court



                                   By:  /s/Kathleen Carter
                                   Deputy Clerk