```
                    UNITED STATES DISTRICT COURT

                              FOR THE

                       DISTRICT OF VERMONT
```

| | |
|---|---|
| STATE OF VERMONT, | : |
| Plaintiff, | : |
| v. | : Case No. 2:24-cv-19 |
| 3M COMPANY, E. I. DU PONT DE NEMOURS AND COMPANY, THE CHEMOURS COMPANY, THE CHEMOURS COMPANY FC, LLC, CORTEVA, INC., and DUPONT DE NEMOURS, INC., | : |
| Defendants. | : |

## ORDER OF REASSIGNMENT

The above civil case is hereby assigned to the Honorable Mary Kay Lanthier, United States District Judge, for all further proceedings.

SO ORDERED.

Dated at Burlington, in the District of Vermont, this 5th day of September, 2025.

/s/ William K. Sessions III
William K. Sessions III
District Court Judge